FILED
CHARLOTTE, NC

APR 2 3 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 5:14-cr-76-RLV |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN ROGER DEAN | ) | **ORDER** |
| | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Stephen Roger Dean in the Bill of Information in the above-captioned case.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Stephen Roger Dean in the above-captioned Bill of Information be dismissed without prejudice.

SO ORDERED this 23rd day of April 2015.

HONORABLE RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE